■ CLARA J. ZAWATSKI, Appellant, v CHEEKTOWAGA-MARYVALE UNION FREE SCHOOL DISTRICT, Respondent. (Appeal No. 1.) [690 NYS2d 463] —Order unanimously affirmed without costs. Same Memorandum as in *Zawatski v Cheektowaga-Maryvale Union Free School Dist.* 261 AD2d 860 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Settle Record.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Hurlbutt, JJ.